IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION


DERRICK DEWAYNE JOHNSON, JR.
ADC #106719                                                                              PLAINTIFF


v.                          Case No. 2:11-cv-55-DPM


CLEMMONS, HOSKINS,
and BURL                                                                                DEFENDANTS


ORDER

The Court has considered Magistrate Judge H. David Young's Proposed Findings and Recommendations, *Document No. 5*, to which Derrick Johnson, Jr., has not objected. The Court sees no legal error and no clear error of fact on the face of this record as a whole. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The Court therefore adopts Judge Young's recommendation (except for the citation to the *Frye* case) as its own. FED. R. CIV. P. 72(b).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 June 2011