IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DERRICK DEWAYNE JOHNSON, JR.
ADC #106719                                                                           PLAINTIFF

v.                           Case No. 2:11-cv-55-DPM

CLEMMONS, HOSKINS,
and BURL                                                                             DEFENDANTS

JUDGMENT

Johnson's complaint is dismissed with prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

*(signed)*
D.P. Marshall Jr.
United States District Judge

9 June 2011